# Order

Michigan Supreme Court
Lansing, Michigan

June 25, 2008

136358

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

In re ANTHONY JAMES ASHMAN, VALERIE MARIE ASHMAN, and TIMOTHY RYAN ASHMAN, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellant,

v

CAROL DENISE ASHMAN
        Respondent-Appellee.

_____/

SC: 136358
COA: 277222
Macomb CC Family Division:
2004-5720811-NA

On order of the Court, the application for leave to appeal the April 10, 2008 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals and REINSTATE the Macomb Circuit Court's order terminating the respondent's parental rights to her children. There was clear and convincing evidence supporting termination of the respondent's parental rights pursuant to MCL 712A.19b(3)(c)(i), (g), and (j). There was also clear and convincing evidence that termination of the respondent's parental rights was not contrary to the best interests of the children. MCL 712A.19b(5).

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2008

_____
Clerk

s0618